**Exhibit A to the Complaint**

**Location:** Erie, CO  
**Total Works Infringed:** 47

**IP Address:** 24.128.99.85  
**ISP:** Comcast Cable

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 644942E65DA50895329ED620E91630FDD0652CDE<br>File Hash:<br>58D827A5186403BA0416915F6DBF0D5C7AC8AF4B92747D101EF18212A388F5DB | 05-15-2023 16:44:47 | Slayed | 11-15-2022 | 01-06-2023 | PA0002393655 |
| 2 | Info Hash: 25911261133636DA5E9A2ED2D08B5C41D3077C29<br>File Hash:<br>15AEA451ADB45F4921FA0C5E6B9EDCFCA1267A16CA238F80FD4D7B0949AB8781 | 04-17-2023 15:48:44 | Blacked Raw | 04-14-2023 | 05-14-2023 | PA0002411257 |
| 3 | Info Hash: 74E11E3524B76B6E37D22F1200AFE49C2CB3CDFE<br>File Hash:<br>7585140E235E96F4BD705D67A00B86454206B422718DDDB2D673F9CEC873639B | 03-06-2023 15:10:17 | Blacked | 03-04-2023 | 04-07-2023 | PA0002405754 |
| 4 | Info Hash: B9900C0B16C783D7522C174A49A24B5FCDB48F54<br>File Hash:<br>50828DF736CC9014C627E372E78C7509018E24C645DCEDFE59EAA6F02D74CC08 | 03-05-2023 15:31:01 | Vixen | 03-03-2023 | 04-10-2023 | PA0002405936 |
| 5 | Info Hash: 079C7D5D1B6DBDDD0CC0A49693FAC495CDC6DEC3<br>File Hash:<br>8678681CF52070AA3C4CCD7DB4BEFCEF4A37F1E9DF223EECA98BD3B0DDBAB1FC | 03-04-2023 23:01:01 | Slayed | 09-06-2022 | 09-22-2022 | PA0002378458 |
| 6 | Info Hash: A594BCB10106A2EB7F5AC176DF2AA1FDF0303FBA<br>File Hash:<br>DC0678C1B3277C59BDE35F9A70100BCC96911431D1122BFFB6515A768497F41F | 02-15-2023 16:54:32 | Vixen | 02-10-2023 | 03-08-2023 | PA0002400313 |
| 7 | Info Hash: EC06D0BA313E94EEEE860D477D2B9C3C898A6D98<br>File Hash:<br>EE7394822E03FE16815D45B6AC04ACA56D1BAC4DF38976A1CB3ADEF1C5244D22 | 12-07-2022 16:11:22 | Tushy | 11-27-2022 | 12-11-2022 | PA0002384751 |
| 8 | Info Hash: EBE740A485253F13592E278BD7B983F58A9D23FC<br>File Hash:<br>AB0E1AD7720490942A1AB166E355BEDBDE0F0EEFFF1BBE82F7FE1262A73EB280 | 11-27-2022 02:53:33 | Slayed | 05-24-2022 | 06-09-2022 | PA0002361291 |
| 9 | Info Hash: 0A943EE511B271EB4FECB0C68C646E26A824EBBA<br>File Hash:<br>5AF9E686D4F55210F2A0BA1CD985260CED2AB6321C7245F1E0030DEC8CFC2EED | 11-21-2022 18:05:42 | Blacked Raw | 09-26-2022 | 10-31-2022 | PA0002377828 |
| 10 | Info Hash: CF344B3042DCAD24E21B955C9206EB79216612B1<br>File Hash:<br>3A0EEF200C8434AE7CFEF3AFD8948F4098A564D26947A116BB874717C5F636F9 | 11-21-2022 18:05:35 | Blacked Raw | 10-01-2022 | 10-31-2022 | PA0002377811 |
| 11 | Info Hash: 7DFD7054EC044D7382229CAC29482FF09B4A78B4<br>File Hash:<br>BCDD15907FDBD565AE5238658FBD2C07E950E8AEA04D6FB530B337FD59252F27 | 11-21-2022 18:05:30 | Blacked Raw | 10-31-2022 | 12-11-2022 | PA0002384770 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: 43EED9CE8E5D6617A4583D8D2CBFC70C077744CD<br>File Hash: 575ABAA65CDDDCEB4338CA4315340EB9779E202370B4B726C38F5AB8924F3233 | 11-21-2022 18:04:24 | Blacked Raw | 11-15-2022 | 12-11-2022 | PA0002384724 |
| 13 | Info Hash: 3BC22005E2AFC76A838931DCA776BBA6A7235CD8<br>File Hash: 52978CFAE6E89E7576A6ACF227919E58FF957546FD0FBEF1FBECBE1294075FED | 10-19-2022 05:39:44 | Blacked | 10-08-2022 | 11-01-2022 | PA0002378074 |
| 14 | Info Hash: C60686B993E19D6EA2BE4EAEF1099D09CA050695<br>File Hash: 5F82A986E0E58A79427CD69AC4464B240C51401C3F3ADA1C57CE1272EA84CAC3 | 10-19-2022 05:39:38 | Blacked Raw | 10-11-2022 | 10-31-2022 | PA0002377831 |
| 15 | Info Hash: FE489257524EBD9BF2822D3141896384CF645292<br>File Hash: D63F25214F36BBCA9DDB40C18E2258F16A565C81E26465135423055535B09F0C | 10-19-2022 05:30:50 | Blacked | 10-15-2022 | 11-01-2022 | PA0002378073 |
| 16 | Info Hash: C5918794A3A86750324DB339455F5EDBD2782579<br>File Hash: 8826235EC94CBCA6DD1621B3EC7C4F5713EBEB71620194A5558C68F80922C4F2 | 10-17-2022 16:46:01 | Vixen | 10-14-2022 | 10-31-2022 | PA0002377830 |
| 17 | Info Hash: AA22F2CD2ED007CE11D1639BA548C9346BDB69AE<br>File Hash: 7DE2E3446F60125E2CD3F7313529FA175A0DDC164323F0861FEEA22CAD059647 | 10-10-2022 16:36:18 | Tushy | 08-14-2022 | 08-30-2022 | PA0002367744 |
| 18 | Info Hash: 258B938C8DB932BA26C6C13091AB699725DE4029<br>File Hash: 5021FA9F75FFAE5AE30C79FEAC33A1296CEFCE229F032576EBFCD9407D8DA664 | 10-10-2022 16:06:43 | Blacked | 10-01-2022 | 10-31-2022 | PA0002377817 |
| 19 | Info Hash: 040C855A55FDB1891D0D9D6655F11D3DF0EC11F5<br>File Hash: 72F566FB4D1BDDF7E3087ADD2C9DF4D8431564B7602681FB07685B0A6086350C | 09-12-2022 02:27:07 | Vixen | 09-09-2022 | 10-05-2022 | PA0002373766 |
| 20 | Info Hash: 7A5E3408AF26D787EE0E1F03A2F77436F75950D7<br>File Hash: 0545C33026AFC826D0331FB6ABB4723673C0F9D76258F7C5F291D1B1D889A325 | 08-19-2022 15:39:25 | Blacked Raw | 08-15-2022 | 08-29-2022 | PA0002367735 |
| 21 | Info Hash: 1D44B95259442C3A9B0B9455C8C28A89AD369DE7<br>File Hash: DF7B69C7949959ED563F5993AE5D903F8E7A90693CFE734430395BEB848221E5 | 08-19-2022 15:37:18 | Blacked Raw | 07-25-2022 | 08-29-2022 | PA0002367727 |
| 22 | Info Hash: 7D5BCAF63FFC5229FA328B1F99D0847A5C49F614<br>File Hash: 65A4936BA229BE949D4F26EF046EDE9DC179E8C90027F95692A292AF1F1AC661 | 07-26-2022 15:15:10 | Tushy | 05-15-2022 | 05-20-2022 | PA0002350379 |
| 23 | Info Hash: A40DF68983F9217C0A1255D2C78B47A5899FF5D8<br>File Hash: 9843E929426D39E6EB414B348793707115627A3953C56B6CA9BE1184366059B3 | 07-26-2022 15:10:40 | Tushy | 07-24-2022 | 08-29-2022 | PA0002367746 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: 1A76A113C1D33455F6FB4D100985C9DA1974F425<br>File Hash: 3A1FA743DEEE32C83316CCC75083FEBCC7CAAF64D5BE1B92439D792FDBDBA248 | 07-24-2022 20:37:24 | Vixen | 07-22-2022 | 08-30-2022 | PA0002367741 |
| 25 | Info Hash: ED40EBC57F35D1578D4B3BFD964B9D1E3B203208<br>File Hash: D95EFFF182DEF22691F55C21D92CAAB8B54D4FF30850A516A5680FEEDC2666B0 | 07-24-2022 20:26:19 | Vixen | 07-08-2022 | 08-10-2022 | PA0002370903 |
| 26 | Info Hash: 7C5664503A6507504F1DD34CF346C34C843E29E1<br>File Hash: B4C3341D97F538C2E474C49482AE121A378BAB847204DD5013AD20E9BC5CBA8A | 07-20-2022 17:23:36 | Blacked | 06-18-2022 | 06-27-2022 | PA0002355032 |
| 27 | Info Hash: F32615CF72189CDD69E6151E4903AC651D3A7063<br>File Hash: 6891E3B37E52096A272BBC88EDD1A35D8021ED2711AB1A0858FAA335BDE45B8A | 07-20-2022 17:13:04 | Blacked Raw | 07-04-2022 | 07-22-2022 | PA0002359466 |
| 28 | Info Hash: D73D84EA314E0FF698536A45595592C277D8F6C5<br>File Hash: A8E5C067293F41DEA80AB05236733C455D1AC72FC8F4A66F7C7E20570AC3D873 | 07-20-2022 16:18:11 | Blacked Raw | 07-18-2022 | 08-30-2022 | PA0002367753 |
| 29 | Info Hash: AE7859A84B38AA3012FC54F8083DC7BB98EEA9CB<br>File Hash: A8144653928B76356ECFE207ACB692A2DF407F16908E1A7C3BDC87A3E8829DE5 | 07-19-2022 14:28:46 | Blacked | 07-09-2022 | 07-22-2022 | PA0002359462 |
| 30 | Info Hash: 8D084151BC3BB0184A284913F8756A95942EC720<br>File Hash: 55006DE9A9044C14737EFE43D27A79D43DD51BCD53A887462B4B898E7CA1B9BD | 07-19-2022 13:52:19 | Tushy | 07-17-2022 | 07-22-2022 | PA0002359476 |
| 31 | Info Hash: 2449483BE6EA802A3EA1CEC474394619355169B8<br>File Hash: CE872CB85CE5B80A49D14DDC065EB78E031CB62CE51C24A210A69FACAB14ECF0 | 07-18-2022 13:41:17 | Blacked | 07-16-2022 | 07-22-2022 | PA0002359474 |
| 32 | Info Hash: BB349C1293CF3112B08434A0CD6DB65533E540AE<br>File Hash: A0B82E6D979B02C53F6EF85500D6622928A69DB240883DC1978E9B1601CF5FAB | 07-18-2022 01:36:42 | Vixen | 07-15-2022 | 07-22-2022 | PA0002359477 |
| 33 | Info Hash: E937BC820EA23A9A77339521FAC3CFE1D22C9D17<br>File Hash: 34F75E1C5C9014946CA14F823AD2101B5C7E53374EDFA89050A1FA15BB0B90A3 | 07-07-2022 22:34:13 | Slayed | 02-15-2022 | 03-04-2022 | PA0002345470 |
| 34 | Info Hash: 59273C2580C92D41695C8A1D890F6F4AB3D63299<br>File Hash: C0F97DC824E118F0CA0225BB2C6B6E04DD9B1E2F68E10D364DD9F6F24E2E081F | 06-20-2022 14:29:04 | Vixen | 06-17-2022 | 06-27-2022 | PA0002355040 |
| 35 | Info Hash: 157FC5825B3DE52C4264A1412C4A3EBFF7F22B94<br>File Hash: 2E5E00203A4ED86ACA760070115B90948331FA90C5E8A1DE012A2C8A457F5B36 | 06-16-2022 16:58:45 | Slayed | 01-25-2022 | 02-03-2022 | PA0002341780 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: F9827E88E2C8E6F9161E337D751EC646A7C7F1B4<br>File Hash: BCD7702DC88A5350A35E6CA4BD3D4EB66206404244D188AA0B67BEEAF19199C0 | 06-08-2022 18:18:14 | Vixen | 06-03-2022 | 06-27-2022 | PA0002354958 |
| 37 | Info Hash: DF13DBDC5953B38B3E5133F037BCC8E8AF0F468D<br>File Hash: C34BA05DE519722211D78E80F30F1DBCCF669B8F44E350B62FF21AEFD8E95C46 | 05-16-2022 21:42:50 | Blacked | 05-14-2022 | 05-20-2022 | PA0002350380 |
| 38 | Info Hash: 9C9A5488CA9785487F7EB91B87B0BF4F25C12D29<br>File Hash: 98857F83FD736C1EBDA1D3E7326612409AE6248AE48715696B6776E1844925C6 | 05-02-2022 23:20:02 | Vixen | 04-29-2022 | 05-20-2022 | PA0002350386 |
| 39 | Info Hash: 191467D6D7474800385004003D0520784052E682<br>File Hash: E22D218937D4A792FFE18F75255B9C081739E57C703806E7A60CF999782D7A47 | 04-15-2022 20:03:26 | Slayed | 10-28-2021 | 12-03-2021 | PA0002333378 |
| 40 | Info Hash: 4275774E7AC6841246779BB0CF9054E881B6F417<br>File Hash: CD22763EE0843E6B9497D0966E1C52B8D5F1B7FCB0E9C542DFEDFC95AC3A61D2 | 03-11-2022 05:24:19 | Blacked | 03-05-2022 | 03-29-2022 | PA0002342848 |
| 41 | Info Hash: A085B82D358EAD8FCE62902BBCF6032CB3D6B494<br>File Hash: 5EAE2433C94B1A694BAC5AC942AEC6F4DB4A3ECDCEEB62AC8631481C2F3AC33E | 02-17-2022 23:45:02 | Tushy | 01-09-2022 | 01-17-2022 | PA0002330112 |
| 42 | Info Hash: 6AECD64092F17E9085560DDF13411F5C617EA4B6<br>File Hash: 610911B0A03EFBB6F914E6246EC1B563648E7485563C7EF78A4D2655F2D0B9DE | 12-08-2021 02:45:41 | Tushy | 11-28-2021 | 02-14-2022 | PA0002335497 |
| 43 | Info Hash: B523EA8D40C500AED53DB96EA8252FC3D6FDC498<br>File Hash: 6EBC49A05BA898C0CB2E49F57DB5AC324E259928B68E203691B6279357F9206A | 12-08-2021 02:45:41 | Tushy | 12-05-2021 | 12-09-2021 | PA0002325840 |
| 44 | Info Hash: 2F7F33BF3A666ABE2F530743283BCDE814015848<br>File Hash: 2A98BD6222D5067954E6E39B48F5307B88F73327A96596ADE8DC8E3EDD3E8C25 | 07-29-2021 21:20:37 | Blacked | 07-03-2021 | 08-02-2021 | PA0002305091 |
| 45 | Info Hash: 25661E257F217723274693FDB3D057D3C690DCE7<br>File Hash: 523AB93AFA0D51401A770F61E4B7345AF387F905AB5E999322D9F56856E89599 | 07-29-2021 21:04:32 | Blacked Raw | 07-26-2021 | 09-21-2021 | PA0002312675 |
| 46 | Info Hash: 0146183B348FF79426BF8CB44C83DF7C98526585<br>File Hash: D2A14C9B3227E4A4B1815A18E02EB1FF7428574E2604DF93DDA9C74A0B8F7ECF | 02-25-2021 18:14:09 | Blacked Raw | 08-05-2019 | 08-27-2019 | PA0002213302 |
| 47 | Info Hash: 6C0E1FB88038092CAB0AE05234C54A15CF40E0A1<br>File Hash: 94D17E7894AD3715882A76F5B0396AAD161FA372C0D1A2DFB0BEDFD6E57951A1 | 02-25-2021 17:52:46 | Blacked Raw | 02-22-2021 | 03-08-2021 | PA0002280371 |